UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICER MORAN, et al.,<br><br>        Defendants. | No. CV 09-3075-TJH(CW)[1]<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a de novo determination with respect to those portions of the Report and Recommendation as to which objection has been made.[2]

**IT IS ORDERED** that: (1) the Report and Recommendation of the United States Magistrate Judge be accepted and (2) judgment be entered dismissing this action without prejudice.

---

[1] Plaintiff has another pending action, No. CV 09-2359-TJH(CW). This Order concerns only the present case.

[2] The court has reviewed Plaintiff's "request for judicial notice" (docket no. 16, filed February 15, 2011) for any possible objections to the Report and Recommendation.

1    **IT IS FURTHER ORDERED** that this order and the judgment herein be
2 served on the parties.

4 DATED: March 9, 2011

```
                                    _____
                                    TERRY J. HATTER, JR.
                                    United States District Judge
```