**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DON MARTIN, | ) | No. CV 09-3075-TJH(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| OFFICER MORAN, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: March 9, 2011

_____
TERRY J. HATTER, JR.
United States District Judge